UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Appellee, | |
| v. | No. 16-5117 |
| SCOTT FREDRICK ARTERBURY, | |
| Defendant/Appellant. | |

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for the United States of America, Plaintiff/Appellee in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows: **(Check one.)**

\_\_\_ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

XXX There are no such parties, or any such parties have heretofore been disclosed to the court.

DANNY C. WILLIAMS, SR.
United States Attorney

*/s/ Andrew J. Hofland*
Andrew J. Hofland, WI Bar 1065503
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
918.382.2700
andrew.hofland@usdoj.gov

## Certificate of Service

I certify that on August 10, 2016, I electronically transmitted the foregoing to the Clerk of the Court using the ECF System for filing which will send notification of such filing to the following ECF registrant:

William Widell (william_widell@fd.org)
Counsel for Defendant/Appellant


_/s/ Andrew J. Hofland_
Andrew J. Hofland
Assistant United States Attorney

## Certificate of Digital Submission

I certify that all required privacy redactions have been made, and, with the exception of those redactions, every document submitted in digital form or scanned PDF format is an exact copy of the written document filed with the Clerk.

I also certify that the digital submissions have been scanned for viruses with the most recent version of a commercial virus-scanning program, Trend Micro OfficeScan Client for Windows Version 10.6. I further certify that, according to the commercial virus-scanning program, this digital submission is free of viruses.


_/s/ Andrew J. Hofland_
Andrew J. Hofland
Assistant United States Attorney