# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## DOCKETING STATEMENT

Case Name: United States of America v. Scott Fredrick Arterbury

Appeal No. (if available): 16-5117

Court/Agency Appeal From: United States District Court for the Northern District of Oklahoma

Court/Agency Docket No.: 15-CR-00182-JHP

District Judge: The Honorable Judge James H. Payne

Party or Parties filing Notice of Appeal/Petition: United States of America

I.   **TIMELINESS OF APPEAL OR PETITION FOR REVIEW**

   A.   **APPEAL FROM DISTRICT COURT**

   1.   Date notice of appeal filed: July 26, 2016

      a.   Was a motion filed for an extension of time to file the notice of appeal? If so, give the filing date of the motion, the date of any order disposing of the motion, and the deadline for filing notice of appeal: No

      b.   Is the United States or an officer or an agency of the United States a party to this appeal? Yes

   2.   Authority fixing time limit for filing notice of appeal:

Fed. R. App. 4 (a)(1)(A) _____         Fed. R. App. 4(a)(6) _____
Fed. R. App. 4 (a)(1)(B) _____         Fed. R. App. 4(b)(1) XXX
Fed. R. App. 4 (a)(2)    _____         Fed. R. App. 4(b)(3) _____
Fed. R. App. 4 (a)(3)    _____         Fed. R. App. 4(b)(4) _____
Fed. R. App. 4 (a)(4)    _____         Fed. R. App. 4(c)    _____
Fed. R. App. 4 (a)(5)    _____
Other: _____

    3.    Date final judgment or order to be reviewed was filed and **entered** on the district court docket:  <u>July 18, 2016</u>

    4.    Does the judgment or order to be reviewed dispose of **all** claims by and against **all** parties?  *See* Fed. R. Civ. P. 54(b). <u>Yes</u>

**(If your answer to Question 4 above is no, please answer the following questions in this section.)**

        a.    If not, did district court direct entry of judgment in accordance with Fed. R. Civ. P. 54(b)? When was this done? <u>N/A</u>

        b.    If the judgment or order is not a final disposition, is it appealable under 28 U.S.C. § 1292(a)? <u>N/A</u>

        c.    If none of the above applies, what is the **specific** statutory basis for determining that the judgment or order is appealable? <u>N/A</u>

    5.    Tolling Motions.   *See* Fed. R. App. P. 4(a)(4)(A); 4(b)(3)(A).

        a.    Give the filing date of any motion that tolls the time to appeal pursuant to Fed. R. App. P. 4(a)(4)(A) or 4(b)(3)(A):  <u>N/A</u>

        b.    Has an order been entered by the district court disposing of any such motion, and, if so, when? <u>N/A</u>

B.    **REVIEW OF AGENCY ORDER**  (To be completed only in connection with petitions for review or applications for enforcement filed directly with the Court of Appeals.)

    1.    Date petition for review was filed:  <u>N/A</u>

    2.    Date of the order to be reviewed:  <u>N/A</u>

    3.    Specify the statute or other authority granting the court of appeals jurisdiction to review the order:  <u>N/A</u>

    4.    Specify the time limit for filing the petition (cite specific statutory section or other authority):  <u>N/A</u>

    C.    **APPEAL OF TAX COURT DECISION**

        1.    Date notice of appeal was filed:  <u>N/A</u>
(If notice was filed by mail, attach proof of postmark.)

        2.    Time limit for filing notice of appeal:  <u>N/A</u>

        3.    Date of entry of decision appealed:  <u>N/A</u>

        4.    Was a timely motion to vacate or revise a decision made under the Tax Court's Rules of Practice, and if so, when? *See* Fed. R. App. P. 13(a):  <u>N/A</u>

**II.**    **LIST ALL RELATED OR PRIOR RELATED APPEALS IN THIS COURT WITH APPROPRIATE CITATION(S).**  If none, please so state.

There are no prior or related appeals.

**III.**    **GIVE A BRIEF DESCRIPTION OF THE NATURE OF THE PRESENT ACTION AND RESULT BELOW.**

On November 10, 2015, Defendant was charged in a Criminal Complaint with Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B). On December 7, 2015, he was charged by Indictment with the same offense. Defendant filed his motion to suppress evidence seized from his residence as the result of an unlawful search of his residence. Defendant argued that an Eastern District of Virginia Magistrate Judge's authorization to install instructions on any "activating computer—wherever located" violated Rule 41 and should be suppressed. After an evidentiary hearing was held, the District Court granted defendant's motion to suppress excluding the evidence seized from the residence. The Government filed its motion to reconsider, which the district count denied. This appeal follows.

**IV.**    **IDENTIFY TO THE BEST OF YOUR ABILITY AT THIS STAGE OF THE PROCEEDINGS, THE ISSUES TO BE RAISED IN THIS APPEAL.**

Did the district court err in granting defendant's motion to suppress?
Did the district court err in denying the Government's motion for reconsideration of its order granting the motion to suppress?

**V.**    **ADDITIONAL INFORMATION IN CRIMINAL APPEALS.**

    A.    Does this appeal involve review under 18 U.S.C. § 3742(a) or (b) of the sentence imposed?  <u>No</u>

B. If the answer to A (immediately above) is yes, does the defendant also challenge the judgment of conviction?  N/A

C. Describe the sentence imposed.  N/A

D. Was the sentence imposed after a plea of guilty?  N/A

E. If the answer to D (immediately above) is yes, did the plea agreement include a waiver of appeal and/or collateral challenges?  N/A

F. Is defendant on probation or at liberty pending appeal?  Yes

G. If the defendant is incarcerated, what is the anticipated release date if the judgment of conviction is fully executed?  N/A

H. Does this appeal involve the November 1, 2014 retroactive amendments to §§ 2D1.1 and 2D1.11 of the U.S. Sentencing Commission's Guideline Manual, which reduced offense levels for certain drug trafficking offenses?  No

NOTE: In the event expedited review is requested and a motion to that effect is filed, the defendant shall consider whether a transcript of any portion of the trial court proceedings is necessary for the appeal. Necessary transcripts must be ordered by completing and delivering the transcript order form to the clerk of the district court with a copy filed in the court of appeals.

VI. **ATTORNEY FILING DOCKETING STATEMENT:**

Name:           Andrew J. Hofland, Assistant United States Attorney
Firm:           United States Attorney's Office for the Northern District of Oklahoma
Email Address:  andrew.hofland@usdoj.gov
Telephone:      918.382.2700
Address:        United States Attorney's Office
                Northern District of Oklahoma
                110 West Seventh Street, Suite 300
                Tulsa, OK 74119

**PLEASE IDENTIFY ON WHOSE BEHALF THE DOCKETING STATEMENT IS FILED:**

A. **X** Appellant

B. **PLEASE IDENTIFY WHETHER THE FILING COUNSEL IS:**

**X** Employed by a government entity, United States Attorney's Office

Respectfully submitted,

DANNY C. WILLIAMS, SR.,
United States Attorney

*/s/ Andrew J. Hofland*
Andrew J. Hofland, WI Bar # 1065503
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
918.382.2700
andrew.hofland@usdoj.gov

**NOTE:** A copy of the final judgment or order appealed from, any pertinent findings and conclusions, opinions, or orders, any motion filed under Fed. R. Civ. P. 50(b), 52(b), 59, or 60, including any motion for reconsideration, for judgment of acquittal, for arrest of judgment, or for new trial, and the dispositive order(s), any motion for extension of time to file notice of appeal and the dispositive order **must be submitted with the Docketing Statement.**

The Docketing Statement must be filed with the Clerk via the court's Electronic Case Filing System (ECF). Instructions and information regarding ECF may be found on the court's website, www.ca10.uscourts.gov.

This Docketing Statement must be accompanied by proof of service.

## CERTIFICATE OF SERVICE

I certify that on August 10, 2016, I electronically transmitted the foregoing Docketing Statement to the Clerk of the Court using the ECF System for filing, which will send notification of that filing to the following ECF registrant:

William Widell (william_widell@fd.org)
*Counsel for Defendant/Appellee*

                                        */s/ Andrew J. Hofland*
                                        Andrew J. Hofland
                                        Assistant United States Attorney

**Certificate of Digital Submissions**

    I certify that all required privacy redactions have been made, and, with the exception of those redactions, every document submitted in digital form or scanned PDF format is an exact copy of the written document filed with the clerk.

    I also certify that the digital submission has been scanned for viruses with the most recent version of a commercial virus-scanning program, Trend Micro OfficeScan Client for Windows Version 10.6. I further certify that according to the commercial virus-scanning program, this digital submission is free of viruses

    */s/ Andrew J. Hofland*
    Andrew J. Hofland
    Assistant United States Attorney