# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

August 17, 2016

Chris Wolpert  
Chief Deputy Clerk

Mr. William Patrick Widell Jr.
Office of the Federal Public Defender
Northern and Eastern Districts of Oklahoma
One West 3rd Street, Suite 1225
Tulsa, OK 74103

**RE:** **16-5117, United States v. Arterbury**
Dist/Ag docket: 4:15-CR-00182-JHP-1

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respects:

You have not filed either a motion to continue your CJA appointment or a motion to withdraw. As of July 8, 2015, appointed counsel is required to file either a motion to continue appointment or a motion to withdraw within 14 days of case opening. Please note that any motion to withdraw must comply with 10th Cir. R. 46.4 (A).

An entry of appearance has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiencies within 10 days of the date of this notice.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court


cc:     Andrew John Hofland


EAS/at