## UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     )<br>           Plaintiff/Appellant,     )<br>                                                     )<br>v.                                                  )<br>                                                     )<br>**SCOTT FREDRICK ARTERBURY,**  )<br>           Defendant/Appellee.     ) | Case No.   16-5117 |

INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for Scott Arterbury, Defendant/Appellant, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

X     There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| William P. Widell, Jr.<br>Okla. Bar Assn. No. 18313<br>Asst. Federal Public Defender | Barry L. Derryberry<br>Okla. Bar Assn. No. 13099<br>Research & Writing Specialist |
| s/Stephen J. Greubel<br>Office of Federal Public Defender<br>Northern District of Oklahoma<br>One W. Third St., Ste. 1225, Tulsa, OK 74103<br>(918) 581-7656; (918) 581-7630 (fax) | s/Barry L. Derryberry |

### CERTIFICATION OF SERVICE

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on August 22, 2016, via electronic filing and issuance of a Notice of Docket Activity to Andrew J. Hofland, Asst. U.S. Attorney, counsel for Plaintiff/Appellee.

                                                                          s/Barry L. Derryberry
                                                                          Counsel for Defendant/Appellant

A-5 Entry of Appearance Form 10/09