## UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff/Appellant, | ) |
| | ) |
| v. | )   Case No.   16-5117 |
| | ) |
| SCOTT FREDRICK ARTERBURY, | ) |
| | ) |
|     Defendant/Appellee. | ) |

### DEFENDANT/APPELLANT'S MOTION
### TO CONTINUE APPOINTMENT OF COUNSEL

Defendant/Appellee, Scott Arterbury, appearing through the Federal Public Defender's Office for the Northern District of Oklahoma, requests that counsel at district court be appointed on appeal.

This request is made pursuant to the Tenth Circuit CJA Plan, as adopted effective July 8, 2015. Additionally, 10th Cir. R. 46.3(B) requires CJA-appointed counsel to file a motion if continued appointment for appeal is sought.

On November 12, 2015, a U.S. Magistrate Judge of the Northern District of Oklahoma appointed the Federal Public Defender as counsel for the Defendant for purposes of a pending criminal charge in the case underlying the present appeal. In district court the Defendant was represented by William P. Widell, Jr., Assistant Federal Public Defender. Mr. Widell has filed an entry of appearance in this court, with Barry L. Derryberry, Research & Writing Specialist, who will serve as co-counsel on appeal.

Undersigned counsel submits that continued appointment of the Office of Federal Public Defender would be beneficial because counsel who represented the Defendant in district court is familiar with the case, which will facilitate briefing of issues. See CJA Plan, Addendum I, Preamble ("...the Court recognizes that there may be benefits to maintaining continuity of counsel..."). Further, counsel have substantial experience with appeals in this circuit, and they will provide capable legal representation to the Defendant.

WHEREFORE, counsel for the requests that this Court issue an order appointing the Office of Federal Public Defender to represent the Defendant on appeal.

Respectfully submitted,

s/Barry L. Derryberry
Research & Writing Specialist
Okla. Bar Assn. No. 13099
Office of Federal Public Defender
Northern & Eastern Districts of Oklahoma
One West Third Street, Ste. 1225
Tulsa, Oklahoma  74103
(918) 581.7656 (office);  (918) 581-7630 (fax)
barry.derryberry@fd.org
Counsel for Defendant/Appellee

## CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTION

I hereby certify that the digital version of this motion is an exact copy of any paper copy required to be submitted to the court.

It has been scanned by the most recent version of Symantec Endpoint Protection (updated daily), and according to the program is free of viruses.

All required privacy redactions have been made.

s/Barry L. Derryberry

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2016, I electronically filed this motion in the Tenth Circuit using the ECF System, which transmitted a Notice of Docket Activity to the following ECF registrant: Andrew J. Hofland, Asst. U.S. Attorney, counsel for Appellant.

s/Barry L. Derryberry