FILED  
United States Court of Appeals  
Tenth Circuit

August 22, 2016

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

SCOTT FREDRICK ARTERBURY,

    Defendant - Appellee.

No. 16-5117

_____

### ORDER
_____

Before **TYMKOVICH**, Chief Circuit Judge.
_____

    This matter is before the Court on Appellee's Motion to Continue Appointment. Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, the Federal Public Defender for the Northern District of Oklahoma is appointed as counsel of record to represent the appellee, Scott Fredrick Arterbury. This appointment is effective *nunc pro tunc* to the date the notice of appeal was filed in this matter.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk