# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellant, | Case No. 16-5117 |
| v. | |
| SCOTT FREDERICK ARTERBURY, | |
| Defendant-Appellee. | |

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for the United States of America, Plaintiff-Appellant in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:

On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

X     There are no such parties, or any such parties have heretofore been disclosed to the court.

Respectfully submitted,

s/ John P. Taddei
John P. Taddei
Attorney
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., NW
Suite 1712
Washington, D.C. 20530
Telephone: 202-532-4475

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2016, I electronically filed the entry of appearance with the Clerk of the Court using the ECF system which will send notification to counsel of record.

s/ John P. Taddei
John P. Taddei
Attorney
