# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 10th Cir. No. 16-5117 |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | N.D. Okla. No. 4:15CR182-JHP |
| SCOTT FREDERICK ARTERBURY, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR A FIRST 30-DAY EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

The United States of America, by and through undersigned counsel and pursuant to Tenth Circuit Rule 27.5, respectfully moves for a 30-day extension of time, to and including **October 26, 2016**, in which to file its opening brief in this case. The opening brief is currently due on September 26, 2016.

1. Arterbury was charged in an indictment with one count of possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2). On appeal, the government challenges the district court's suppression of evidence of child pornography. The government's opening brief is currently due on September 26, 2016. This is the government's first motion for an extension of time. As it is filed more than five days before the current due date for the brief, the motion is timely. *See* 10th Cir. R. 27.5(F).

2. This case was recently assigned to undersigned counsel, an attorney in the Appellate Section of the U.S. Department of Justice Criminal Division, because it implicates issues of national importance. This case, and many others currently being litigated throughout

the United States, can be traced back to the issuance of a single search warrant by a United States magistrate judge in February 2015. The warrant permitted the FBI to use a network investigative technique to help identify individuals, including Arterbury, who accessed a particular child pornography form that was hosted on the anonymous Tor network.

3.  Undersigned counsel had no prior familiarity with this case and is currently reviewing the record and researching the legal issues necessary for him to prepare the government's opening brief. The undersigned requires additional time to further review the record, research the factual and legal issues presented by the case, and draft a brief that will reflect litigation positions with national applicability.

4.  The court reporter is not in default with any transcripts.

5.  The defendant is not in custody.

6.  Barry Derryberry, Esq., counsel for Arterbury, has informed undersigned counsel that he has no objection to the government's motion.

For these reasons, the United States respectfully requests that the Court grant this motion for a 30-day extension of time in which to file its opening brief until **October 26, 2016**.

Respectfully submitted,

s/ John P. Taddei
John P. Taddei
Attorney

U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., NW
Suite 1712
Washington, D.C. 20530
Telephone: 202-532-4475

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2016, I electronically filed the motion for extension of time with the Clerk of the Court using the ECF system which will send notification to counsel of record.

s/ John P. Taddei  
John P. Taddei  
Attorney