FILED
United States Court of Appeals
Tenth Circuit

September 14, 2016

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

SCOTT FREDRICK ARTERBURY,

    Defendant - Appellee.

No. 16-5117

_____

## ORDER
_____

    This matter is before the court on the "Government's Unopposed Motion for a First 30-Day Extension of Time to File Its Opening Brief." The motion is granted. The opening brief and appendix shall be served and filed on or before October 26, 2016. No further extensions will be granted on the Clerk's authority. Counsel is reminded that all documents must include a certificate indicating compliance with the court's ECF requirements. See 10th Cir. R. 25.3 and the court's CM/ECF User's Manual at page 11.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk